UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD BEDEN,

      Plaintiff,

v.                                                    Case No. 10-cv-14851
                                                      Paul D. Borman
                                                      United States District Judge

UNITED AUTO WORKERS LOCAL 9699,
RYDER LOGISTICS

      Defendants.

_____/

**<u>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT</u>**

On January 18, 2011, Donald Beden ("Plaintiff"), proceeding *pro se*, filed a Motion to Amend the Complaint. (Dkt. No. 10). Plaintiff states that he wishes to add causes of action for "Intentional tort" and "Breach of contract," and allege additional facts. On January 19, 2011, Defendant Ryder Logistics filed a Response stating that it had no objection. Likewise, on January 31, 2011, Defendant United Auto Workers Local 9699 filed a Response stating no objection to the instant Motion.

For the reasons stated above, the Court will **GRANT** Plaintiff's Motion to Amend the Complaint.

**SO ORDERED.**

                                        S/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: February 1, 2011

                            CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 1, 2011.

                                        S/Denise Goodine
                                        Case Manager