UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD BEDEN,

      Plaintiff,

v.

      Case No. 10-cv-14851
      Paul D. Borman
      United States District Judge

UNITED AUTO WORKERS LOCAL 9699,
RYDER LOGISTICS

      Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION CHALLENGING JURISDICTION
### (Dkt. No. 37)

On May 12, 2011, *pro se* Plaintiff Donald Beden filed a Motion Challenging Jurisdiction, which stated in its entirety: "Plaintiff Challenge [sic] Federal Court Jurisdiction." (Dkt. No. 37.) Plaintiff did not include a brief with this Motion, nor did he state any basis for his challenge to this Court's jurisdiction. Defendant Ryder Logistics, Inc., filed a response on May 25, 2011. (Dkt. No. 38.) Defendant United Auto Workers Local 9699 did not respond.

The Court notes that the Amended Complaint, filed by Plaintiff on February 14, 2011, alleges: "This Court has jurisdiction over this matter pursuant to 28 U.S.C. [§] 1331 and 28 U.S.C. [§] 1343(3)." (Dkt. No. 16, Am. Compl. ¶ 1.) The Court also notes that the Amended Complaint states multiple claims against Defendant United Auto Workers Local 9699, which is a labor organization that maintains its principal office in the Eastern District of Michigan. *See* 29 U.S.C. § 185(c) (providing that "district courts shall be deemed to have jurisdiction of a labor organization

(1) in the district in which such organization maintains its principal office . . . ."). The Court therefore finds that it may properly exercise subject-matter jurisdiction over Plaintiff's claims. Accordingly, Plaintiff's Motion Challenging Jurisdiction is **DENIED**.

**SO ORDERED.**

_____
PAUL D. BORMAN
UNITED STATES DISTRICT COURT JUDGE

Dated: 6-29-11
Detroit, Michigan